UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

United States of America
v.
Kenneth Barrett

Case No. 12-7086

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE <u>AN ORIGINAL SIGNED COPY</u> OF THIS FORM, WITH PROOF OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

the United States of America
Party or Parties

Appellee / Respondent , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. **(File original only.)**

✓ There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original only.)**

| | |
|---|---|
| Linda A. Epperley, OBA # 12057 | Christopher Wilson, OBA #13801 |
| Name of Counsel | Name of Counsel |
| /s/ Linda A. Epperley | /s/ Christopher Wilson |
| Signature of Counsel | Signature of Counsel |
| 1200 W. Okmulgee | 1200 W. Okmulgee |
| Muskogee, OK 74401 | Muskogee, OK 74401 |
| (918) 684-5100 | (919) 684-5100 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| linda.epperley@usdoj.gov | chris.wilson@usdoj.gov |
| Email | Email |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was delivered by email via the Court's electronic filing system on <u>December 31, 2012</u> to:

to        David B. Autry; Joan M. Fisher; Tivon Schardl

s/ Linda A. Epperley
(*See* Fed. R. App. P. 25(b))        (Signature)

**A-5** Entry of Appearance Form 10/07

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

United States of America
v.
Kenneth Barrett

Case No. 12-7086

**Certificate of Interested Parties**

The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1(C), and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

(Attach additional pages if necessary.)

None.

**A-5** Entry of Appearance Form 10/07