# IN THE UNITED STATES DISTRICT COURT OF APPEALS
## FOR THE TENTH CIRCUIT

|  |  |  |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | CASE NO. __12-7086_____ |
| Petitioner/Appellant, | ) | |
| | ) | DEATH PENALTY CASE |
| | ) | |
| vs. | ) | (US District Court |
| | ) | Eastern District of Oklahoma |
| UNITED STATES OF AMERICA, | ) | Case No. 6:09-cv-00105-JHP) |
| | ) | |
| Respondent/Appellee. | ) | |

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

**Kenneth Eugene Barrett, Appellant/Petitioner**, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[ ]    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[x]    There are no such parties, or any such parties have heretofore been disclosed to the court.

 David Autry
Name of Counsel

 /s/ David Autry
Signature of Counsel

1021 NW 16th Street
Oklahoma City, OK 73106
(405) 521-9600
Mailing Address and Telephone Number

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 10th day of January, 2013 I caused the foregoing **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** to be filed with the Clerk of the Court of Appeals using the ECF System for filing and with service to be made electronically on the following ECF registrants: Jeffrey B. Kahan, United States Department of Justice, jeffrey.kahan@usdoj.gov, and Christopher J. Wilson, Assistant United States Attorney, United States Department of Justice, Eastern District of Oklahoma, Chris.Wilson@usdoj.gov . To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

Dated:  January 10, 2013                    /s/ *David Autry*
                                            David Autry, OBA No. 11600
                                            Attorney at Law
                                            1021 NW 16th Street
                                            Oklahoma City, OK 73106