# IN THE UNITED STATES DISTRICT COURT OF APPEALS
## FOR THE TENTH CIRCUIT

KENNETH EUGENE BARRETT,   )
   )   CASE NO.  12-7086
Movant,   )
   )   DEATH PENALTY CASE
   )
vs.   )   (US District Court
   )   Eastern District of Oklahoma
UNITED STATES OF AMERICA,   )   Case No. 6:09-cv-00105-JHP)
   )
Respondent   )

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

**Kenneth Eugene Barrett, Appellant/Petitioner**, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[ ]   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

Appellant's Entry of Appearance and
Certificate of Interested Parties      1      Barrett v. United States
10th Circuit Court of Appeal Case # 12-7086

Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[x]     There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Joan M. Fisher | Tivon Schardl |
| Name of Counsel | Name of Counsel |
| /s/ *Joan M. Fisher* | /s/ *Tivon Schardl* |
| Signature of Counsel | Signature of Counsel |
| Assistant Federal Defender<br>Federal Defender's Office<br>Eastern District of California<br>801 "I" St. 3rd Floor<br>Sacramento, CA 95814<br>(916) 498-6666 | Habeas and Trial Counsel<br>Federal Defender's Office<br>Eastern District of California<br>801 "I" St., 3rd Floor<br>Sacramento, CA 95814<br>(916) 498-6666 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 9th day of January, 2013 I caused the foregoing **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** to be filed with the Clerk of the Court of Appeals using the ECF System for filing and with service to be made electronically on the following ECF registrants: Jeffrey B. Kahan, United States Department of Justice, jeffrey.kahan@usdoj.gov, and Christopher J. Wilson, Assistant United States Attorney, United States Department of Justice, Eastern District of Oklahoma, Chris.Wilson@usdoj.gov .  To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

Dated:   January 9, 2013

/s/ *Joan M. Fisher*
Joan M. Fisher, Idaho State Bar No. 2854
Assistant Federal Defender
Office of the Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814