**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 5, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA,

        Petitioner – Appellee,

v.

KENNETH EUGENE BARRETT,

        Defendant - Appellant.

No. 12-7086

## ORDER SETTING CASE
## MANAGEMENT CONFERENCE

This appeal is set for a case management conference. The principal purposes of the conference will be to determine what issues will be certified for appeal and to establish a briefing schedule and page lengths for the briefs.

I.  Logistics of the conference.

The conference will be conducted on **Wednesday, May 15, 2013 at 9:30 a.m. Mountain Standard Time.** Unless counsel subsequently are advised otherwise, the conference will be conducted by video in accordance with arrangements that will be finalized later.

II.  Establishing counsel for the appellant.

It is vital to establish well in advance of the case management conference who will be representing the appellant. The court cannot meaningfully review any proposed CJA budget without the parameters of the representation already in place. Accordingly, any

motion seeking the appointment of additional counsel for this appeal must be filed within 14 days from the date of this order. Questions or concerns about representation can be discussed with the court's CJA supervising attorney.

III. Certification of issues for appeal.

Notwithstanding Tenth Cir. R. 22.2(D), pursuant to 28 U.S.C. § 2253(c), the appellant may petition the court for the certification of issues to be appealed.

The petition seeking certification of issues must be filed with this court on or before **Friday, March 22, 2013**. This court has before it the record of proceedings from the district court. Accordingly, extensive briefing on the additional issues for which expansion is sought is neither necessary nor required. Not more than two pages for each issue is generally sufficient. If the court finds that further exposition is needed for a fuller understanding of the issues for which additional certification is requested, a separate order will be issued prior to the conference. The appellee is not obligated to file a response to the petition. However, both parties should come to the case management conference prepared to discuss whether expansion of the certificate of appealability is appropriate under the applicable law.

After the conference, the court will issue an order regarding the issues that have been certified for appeal. However, the order will also establish an opportunity for the appellant to file a motion seeking certification of any issues that were unsuccessfully argued to the district court and to this court during the case management conference. If such a motion is filed, it will be referred to the panel that will be later assigned to hear the appeal on the merits.

IV.   Pre-conference consultation.

The parties to this appeal shall confer at least one week before the conference to discuss proposed brief lengths, a briefing schedule, and any other issues of particular concern about this appeal.   In addition, the parties can expect to be contacted by court staff prior to the conference and asked about commitments that may affect the briefing schedule and to confirm case management conference communications arrangements.

V.   CJA Budgeting.

If the appellant is represented solely by attorneys from an office of a Federal Public Defender ("FPD"), then there is no need for the submission of a budget.

However, it appears that counsel appointed under the provisions of the Criminal Justice Act ("CJA") are involved in the appeal along with FPD counsel. Therefore, the submission of a budget *ex parte* will be required.   We urge counsel to work with the court's supervising CJA attorney on all budget issues prior to the submission of the proposed budget.

A proposal and supporting memorandum will be filed on or before **May 29, 2013** (after the issues certified for appeal have been established).   All budget-related filings must be filed *ex parte* and under seal.   A current budget template available from the court's website should be used to document the proposed budget.   A sample budget template is attached to this order.

The memorandum in support provides an opportunity to justify and explain the submitted budget and to discuss any unusual aspects of the budget proposal.   The

memorandum should also provide enough information to allow the court to generally understand how the work associated with the appeal and preliminary clemency proceedings will be divided among the attorneys representing the appellant.

The budget proposal and supporting memorandum should seek to establish, to the extent possible at this early stage of the proceedings, the total number of hours and total expenses CJA counsel deems reasonably necessary to the representation. Counsel should be guided in this effort by 18 U.S.C. §§ 3599, 3005, and 3006A; by Chapters 2 and 6 of Volume 7, Part A, of the Guide to Judiciary Policy; and by the court's *Advice to CJA 30 Counsel* letter (both accessible through the court's website).

Where the appellant is represented by both CJA and FPD attorneys, the budget proposal will include only hours and expenses that will be associated with the work of the CJA attorney or attorneys. This situation complicates the budget approval process because the reasonableness of the CJA attorney's proposed budget is dependent on the level of contribution of the FPD's office. Therefore, the budget proposal must address the division of labor issue in detail. The CJA and FPD counsel who will be working together must dedicate time to settling these representation issues in advance of the budget proposal's submission to the court.

Although a preliminary budget will ultimately be established, the final decision on the reasonableness and necessity of the time and expenses associated with the appeal will be determined by the panel of judges that will be assigned to hear the appeal on the merits.

VI.   Extensions of time.

The deadlines established in this order have generally proven to work well in capital habeas proceedings. Therefore, motions for extensions of time are not anticipated and will not be granted absent compelling circumstances. Any motion to reschedule the case management conference due to an unavoidable scheduling conflict must be filed within 14 days from the date of this order.

VII.   Court assistance.

The clerk's office (303-844-3157) and CJA supervising attorney (303-335-2846) are available to assist with any procedural matters.

Entered for the Court,
ELISABETH A. SHUMAKER, Clerk of Court

By: *Patrick Wyman*
        Deputy Clerk

# APPROVED CAPITAL HABEAS APPEAL CJA LITIGATION  BUDGET

Appeal No: _____  Counsel Name: _____ Date: _____

| ATTORNEY FEES: *(Statutory Rate)* | Hours |
|---|---|
| In-Court Hearings (CJA 30, Line 15a) | |
| Interviews & Conferences w/Client (Line 15b) *include corresponding w/client* | |
| Witness Interviews (Line 15c) | |
| Consultation with Investigators & Experts (Line 15d) | |
| Obtaining & Reviewing the Court Record (Line 15e) *incl. review prior pleadings* | |
| Obtaining & Reviewing Documents & Evidence (Line 15f) | |
| Consultation w/Expert Counsel (Line 15g) | |
| Legal Research & Writing:    Draft Pleadings *(Docketing Statement, Designation of Record, Budget, Motions, etc.)* (Line 15h) | |
| Legal Research - Principal Brief (Line 15h) | |
| Legal Writing - Principal Brief (Line 15h) | |
| Legal Research & Writing - Reply Brief (Line 15h) | |
| Legal Research & Writing - Motion for Rehearing and/or En Banc (Line 15h) | |
| Legal Research & Writing - Petition for Certiorari (Line 15h) | |
| Travel to confer with client (Line 15i) | |
| Travel to confer with expert counsel (Line 15i) | |
| Travel for preparation & oral argument (Line 15i) | |
| Travel: Other:  (Line 15i)  *Describe:* | |
| Other: Case Management Conference/Preparation (Line 15j) | |
| Other: Oral Argument Preparation (Line 15j) | |
| Other:  (Line 15j)  *Describe:* | |
| **TOTAL HOURS:** | **0.0** |

| EXPENSES: | *Estimate* | | *Example: $25.00* |
|---|---|---|---|
| Travel (incl. lodging, mileage if driving, parking,   meals, etc.) (CJA 30, Line 16) | | | |
| Printing & copying (Line 17) | | | |
| Postage (Line 17) | | | |
| Computer Assisted Legal Research (CALR) (Line 17) | | | |
| **OTHER/SERVICES:** *Describe:* | | H | Hrs x |
| Paralegal or Legal Assistant:    Line 17.  *Rate/hr* | | | $0.00 |
| Associate:  Line 17.  *Rate/hr* | | | $0.00 |
| Other Expense: Describe | | | |
| **TOTAL EXPENSES:** | | | **$0.00** |