**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 8, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 12-7086
(D.C. No. 6:04-CR-00115-JHP-1)

_____

**ORDER**
_____

The case management conference in this appeal is rescheduled to **May 1, 2013** at

9:30 a.m. MST.  The due date for the budget and supporting memorandum is changed to

**May 22, 2013.**  In all other respects, the court's order of February 5, 2013 remains the

same.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Douglas E. Cressler
    Chief Deputy Clerk