# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 08, 2013

Douglas E. Cressler
Chief Deputy Clerk


Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Mr. Daniel J. Broderick
Ms. Joan M. Fisher
Mr. Tivon Schardl
Office of Federal Defender for Eastern District of California
Capital Habeas Unit
801 "I" Street
Sacramento, CA 95814


**RE:    12-7086, United States v. Barrett**
         Dist/Ag docket: 6:04-CR-00115-JHP-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                        Sincerely,

                                        Elisabeth A. Shumaker
                                        Clerk of the Court



cc:     Linda Epperly
        Jeffrey Bradford Kahan
        Sheldon J. Sperling
        Christopher Wilson

 EAS/pdw