# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET

(Notice of Appellate Action)

| | | |
|---|---|---|
| (03/06/20133 | Notice of Appeal | **Style of case: Kenneth Eugene Barrett v. United States of America** |
| ( ) | Amended NOA | |
| ( ) | Cross Appeal | **District Court Case No: 09-CV-105-JHP** |
| ( ) | Interlocutory Appeal | |
| ( ) | Update Item | **Tenth Circuit Case No:      12-7086** |

**Part 1**

**Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court order and CJA 20 (if applicable) are enclosed 10 10CCA.**

1. District Judge: James H. Payne

2. Official Court Reporter(s): Ken Sidwell, Brian Neil

3. <u>Fees:</u>
   USA:  ( ) Fees waived
   $455.00 filing fee:  ( ) Paid  ( ) Due
   Pauper Status:  (X) IFP GRANTED
   ( ) IFP DENIED
   ( ) IFP PENDING

4. State habeas cases:  **CPC STATUS    ( ) DENIED**
   **ORIGINAL FILE SENT:**

5. Transcript:
   ( ) ordered  ( ) not ordered
   ( ) not required  ( ) no in-court hearing
   ( ) CJA pending  ( ) CJA furnished
   ( ) pur. order furn.  ( ) docket stmt. furn.

**PART 2      TRANSMITTAL OF RECORD TO COURT OF APPEALS**
   **ORIGINAL RECORD      SUPPLEMENT TO RECORD-SUPPLEMENT #**

| | | | |
|---|---|---|---|
| Pleadings: Vols. | 2 | Pleadings: Vols. | |
| Transcript: Vols. | 1 | Transcript: Vols. | **ALSO INCLUDED: 04-CR-115-JHP** |
| Exhibits: Vols. | | Exhibits: Vols. | 1 VOLUME OF PLEADINGS, 1 VOLUME OF |
| Depositions: Vols. | | Depositions: Vols. | TRANSCRIPTS AND 3 SEALED VOLUMES |
| State Crt. Record: Vols. | | State Crt. Record: Vols | (PLEADINGS, TRANSCRIPTS AND |
| Sealed: Vols. | 4 | Sealed: Vols. | PRESENCE REPORT) |
| No. of Boxes: | | No. of Boxes: | |

/s/ Jeanne Brown

Signature Clerk or Deputy Clerk      Phone(918)684-7920      Date:  March 6, 2013

   cc: All parties notified through CM/ECF