**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 1, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

No. 12-7086
(D.C. No. 6:04-CR-00115-JHP-1)

_____

**ORDER**
_____

On or before 10:00 a.m. Mountain Time, May 2, 2013, counsel for the appellant shall file a supplemental brief stating where and how the issue of prosecutorial misconduct was raised in the briefing before the district court. The supplemental brief will include as attachments to it any relevant pages from the district court briefing and any transcript pages where the prosecutorial comments were made. The supplemental brief will be filed through the ECF system.

On or before 10:00 a.m. Mountain Time, May 2, 2013, counsel for the United States shall file a supplemental brief stating where and how it responded to the issue of prosecutorial misconduct in the briefing before the district court. The supplemental brief will include as attachments to it any relevant pages from the district court briefing and any relevant transcript pages. The supplemental brief will be filed through the ECF system.

On or before 12:00 noon Mountain Time, May 2, 2013, counsel for both parties shall inspect the record and both shall submit to the court via email either: (1) a pdf copy of a direct sworn declaration of Travis Crawford that is part of the district court record wherein he recants his trial testimony; or (2) a notice that no such direct sworn declaration exists in the record. The email address for the submission is:

10th_circuit_clerk@ca10.uscourts.gov

The clerk will then determine how to file the response on the docket of the court. The email should be copied to other counsel of record.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Douglas E. Cressler
    Chief Deputy Clerk