**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | **)** | |
| | **)** | |
| *Movant,* | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 6:09-cv-00105-JHP** |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| *Respondent.* | **)** | |

---

**EXHIBIT 45**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# DECLARATION OF TRAVIS CRAWFORD

I, Travis Crawford, declare the following:

I am Kenneth Barrett's first cousin on his mother's side. My mother, Phyllis Crawford, is the sister of Kenny Barrett's mother, Gelene Dotson. My parents and I live next door to Gelene.

Kenny and I used to hunt and fish together and were close. I was at Kenny's house just about every day. Kenny would do anything in the world for me. He liked to help people. Kenny rarely left the property. He ate his meals at his mother's, and sometimes friends brought him food.

I have had a long struggle with drugs and have anxiety and panic attacks. My mind does not work that well. I will be going to get something out of the truck and I will forget what I went to get. When I get my anxiety, I get so nervous I do whatever comes to mind. I was like this as a kid too. I am under a doctor's care now and am trying really hard to be healthy. I was a long term methamphetamine user and could die if I use drugs again. My doctor told me that if I ever shoot up again it will likely kill me on the spot. I know that my using drugs was the result of other psychological problems that I did not understand. Psychological problems run in my family. I have three children, one daughter and two sons. My oldest child is a grown young woman and has bipolar disorder. One of my sons seems a little slow and is having a tough time of it. My other son is a straight A student, so I am hopeful he will make it alright.

I had problems in school and joined the US Army to make a go of it. I was not able to adapt to army life and spent two months in the brig. I could not keep up with all

-1-

$TDC$

the rules and was late to formation. It felt terrible when people I trained with made fun of me when they marched by the stockade.

I testified falsely at Kenny's trial. At the time I testified, I was living in so many places and was so strung out, I did whatever I was told to keep out of trouble. I did methamphetamine all the time, every day. When I testified against Kenny, I was high on speed; all of the snitches who testified against Kenny were on dope and high when we testified. We were also high when Mr. Littlefield, the U.S. Attorney, interviewed us.

When Mr. Littlefield interviewed me about Kenny, I was terrified of losing my freedom and said whatever I thought Mr. Littlefield wanted me to say. Mr. Littlefield asked me if Kenny said he (Kenny) "was going down in a blaze of glory," and before I could answer, Mr. Littlefield told me all the bad things that would happen to me if I "lied." I was so scared I said, "Yes" that Kenny had said he would go down in a blaze of glory if the cops came. I was panicking because I was afraid. Mr. Littlefield said he knew things about me. I was so scared.

I never heard Kenny say he was going down in a blaze of glory. I had testified against someone once before. I was arrested for bad checks and was afraid of going to jail. The prosecution offered to let me work for them. I wore a wire and made four or fives buys. I could have been killed. I had to testify against the person I bought the drugs from even though the police lied to me and told me I would never have to.

I knew Johnny Philpot was out at Kenny's place two weeks before the raid and had inspected Kenny's guns. Kenny told me they had a case against him for a drug charge but it was not serious. Kenny never said anything about a warrant against him;

-2-

*TDC*

he only mentioned a case against him. At the time I testified, I thought having a warrant and having a case were the same thing. I now know they are very different.

Kenny put up a sign on his fence just a couple of days before the police raided Kenny's place. The sign was not directed at the police; it was directed at anybody. It was meant to scare people away from trespassing and stealing.

This declaration says what I told an investigator working on Kenny's case when he came to talk to me. I did not write the declaration myself but I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that the foregoing 3 page declaration is true and correct.

Executed by me this ___3___ day of June 2009, in Sequoyah County, Oklahoma.

Travis Crawford