**IN THE UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 12-7086 |
| | ) | (E.D. Okl. Nos. CR-04-115-JHP, |
| KENNETH EUGENE BARRETT, | ) | CV-09-105-JHP) |
| | ) | (lower docket) |
| Petitioner/Appellant. | ) | |

**SUPPLEMENTAL BRIEF FOLLOWING CASE MANAGEMENT
CONFERENCE**

Pursuant to this Court's order of May 1, 2013 in connection with the case

management conference held this date, Defendant submits the following

information to the Court relating to his claims of prosecutorial misconduct in the

examination of witnesses and in second stage closing argument. The following

items are attached:

1. Pages 315-20 of the Amended Petition (Doc. 95, No. CV-09-105-JHP).

(Attachment 1)

2.  Pages 168-74 of the Brief in Support of the Amended Petition (Doc. 149, No. CV-09-105-JHP).  (Attachment 2)

3.  Pages 142-48 of the Reply Brief (Doc. 178, No. CV-09-105-JHP).  (Attachment 3)

4.  The following pages of the trial record, appended hereto, are relevant to Defendant's claim of improper questioning of witnesses.  For convenience, the order of the pages track their citation in the amended petition: R. 4743, 4765-66, 4781, 4788-92, 4850, 4852-53, 4859, 4862, 4866, 4869, 4911, 4913, 4925-26, 4980, 5006, 4767, 5092, 5024-26, 5045, 5069, 5116.  (Attachment 4)

5.  The following pages of the trial record, appended hereto, are relevant to Defendant's claim of improper commentary in second stage closing argument.  For convenience, the order of the pages track their citation in the amended petition: R. 5356-57, 5402-03, 5412-15, 5408, 5419-23.  (Attachment 5)

Dated:  May 1, 2013                              Respectfully submitted,

/s/ *David B. Autry*
David B. Autry, OBA #11600
Lawyer
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
dbautry44@hotmail.com

Joseph Schlesinger
Acting Federal Defender

/s/ *Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
/s/ *Tivon Schardl*
Tivon Schardl, Fla SB No. 73016
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
joan_fisher@fd.org
tim_schardl@fd.org

Lawyers for Defendant,
Kenneth Eugene Barrett

**Certificate of Electronic Filing and Service**

This is to certify that on this 1st day of May, 2013, I caused the foregoing supplemental brief to be filed with the Clerk of the Court of Appeals using the ECF System for filing and with service made electronically on the following ECF registrants:

Jeffrey B. Kahan
United States Department of Justice,
jeffrey.kahan@usdoj.gov

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

Dated:   May 1, 2013                              /s/ *Joan M. Fisher*
                                                  Joan M. Fisher, ISB No. 2854
                                                  Assistant Federal Defender
                                                  Office of the Federal Defender
                                                  801 I Street, Third Floor
                                                  Sacramento, CA 95814