**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff - Appellee, | No. 12-7086 |
| v. | On Appeal from the U.S. District Court For the Eastern District of Oklahoma |
| **KENNETH EUGENE BARRETT,** | Case No. 6:04-CR-00115-JHP-1 |
| Defendant - Appellant. | |

**Supplemental Brief Regarding Argument and Record on Prosecutorial Misconduct Claims in the District Court**

Pursuant to this Court's Order of May 1, 2013 (Doc. 01019045909), the United States of America, by and through undersigned counsel, hereby identifies its response in the district court to Barrett's claims of prosecutorial misconduct.

The government responded to the claims at pages 189 to 216 of its Answer in Opposition to Second Amended Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody (Dist. Ct. Doc. 174). Specifically, pages 189 to 190 argued that the claims were procedurally barred, pages 190 to 201 addressed the merits of the contention that prosecutors improperly questioned witnesses, and pages 201 to 216 addressed the merits of the contention that prosecutors made improper arguments during the penalty phase. The relevant

1

pages of the Answer are attached to this Brief as Exhibit A. The transcript pages

cited by the Answer about the claim of improper questioning are attached to this

Brief as Exhibit B, and the transcripts of the prosecution's penalty phase arguments

are attached to this Brief as Exhibit C.

Dated: May 2, 2013

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

*/s/Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
LINDA A. EPPERLEY, OBA # 12057
Assistant United States Attorneys
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 337
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## <u>**CERTIFICATE OF ECF FILING AND DELIVERY**</u>

I, hereby certify that on May 2, 2013, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the counsel of record for the Petitioner/Defendant:

David Autry - dbautry44@hotmail.com

Joan Fisher – Joan_Fisher@fd.org

Tivon Schardl – Tim_Schardl@fd.org

To the undersigned's knowledge there are no non-ECF registrants who are counsel in this case.

*/s/Christopher J. Wilson*