FILED
United States Court of Appeals
Tenth Circuit

May 2, 2013

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA,

　　　　Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

　　　　Defendant - Appellant.

No. 12-7086

**CASE MANAGEMENT ORDER**

Before **MURPHY**, Circuit Judge.

In accordance with matters discussed and resolved at the case management conference held in this appeal, it is ORDERED:

1.  The issues to be raised in the opening brief are:

    a)　Whether trial counsel provided ineffective assistance in the guilt phase by failing to investigate and present mental-health evidence;

    b)　Whether trial counsel provided ineffective assistance in the guilt phase by failing to seek an instruction concerning the credibility of drug-addict witnesses;

    c)　Whether trial counsel provided ineffective assistance in the guilt phase by failing to seek an instruction on the defense's theory of the case;

    d)　Whether trial counsel provided ineffective assistance in the guilt phase by failing to present a crime-scene expert;

e)   Whether trial counsel provided ineffective assistance in the guilt phase by failing to present an expert as to whether the police tactics employed during the search warrant's execution would have identified the police as law-enforcement personnel;

f)   Whether trial counsel provided ineffective assistance in the penalty phase by failing to develop mitigation evidence; and

g)   Whether appellate counsel provided ineffective assistance by not raising the trial court's refusal to give a lesser-included-offense instruction.

2.      Because the consideration of multiple instances of ineffective assistance necessarily requires consideration of cumulative prejudice, no COA is necessary on cumulative error in this case.  *Hooks v. Workman*, 689 F.3d 1148, 1187-88, 1194 n.24 (10th Cir. 2012).

3.   Appellant's opening brief shall be filed by Monday, January 6, 2014 and shall consist of no more than 23,000 words;

4.   Appellee's answer brief shall be filed by Tuesday, May 6, 2014 and shall consist of no more than 23,000 words;

5.   Appellant's reply brief shall be filed by Monday, July 7, 2014 and shall consist of no more than 9,500 words;

6.   The merits panel assigned to this appeal will determine the date and time for oral argument.   The clerk's office will notify counsel through CM/ECF when the matter is calendared for oral argument;

7.   A Certificate of Appealability is GRANTED on the issues set forth in paragraph 1.   Any request for leave to grant additional issues in the Certificate of Appealability must be raised by written motion filed not later than ten days after the date of this order.

Appellee may file a response to such a request not more than ten days after the request is filed. The Clerk shall submit motions for modification of the Certificate of Appealability to the merits panel for decision. Unless otherwise ordered by the merits panel, no issue shall be included in the briefs other than those set forth in paragraph 1 of this order.

Any objection to the contents of the scheduling order must be raised by written motion of not more than five pages filed not later than ten days after its date. Motions for extension of time or to alter the briefing limitations of this order are discouraged and will be considered only in the most crucial circumstances.

David B. Autry is appointed as counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (CJA), and shall be compensated at the appropriate statutory capital hourly rate. This appointment is nunc pro tunc to the date of the filing of the notice of appeal. The Federal Public Defender's Office for the Eastern District of California is appointed co-counsel pursuant to 18 U.S.C. § 3599(a)(2).

Entered for the Court,
ELISABETH A. SHUMAKER, Clerk of Court

By:

Douglas E. Cressler
Chief Deputy Clerk