**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 17, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 12-7086
(D.C. No. 6:04-CR-00115-JHP-1)

_____

**ORDER**

_____

The unopposed "Motion to Seal Document" is provisionally granted. The "Supplemental Motion for Certificate of Appealability Filed Under Seal" shall remain under seal for the time being, subject to the discretion of the panel of judges that will later be assigned to consider the appeal on the merits.

Both the "Supplemental Motion for Certificate of Appealability Filed Under Seal" and the "Motion for an Expanded Certificate of Appealability" are referred to the panel that will later be assigned to consider the appeal on the merits.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Douglas E. Cressler
Chief Deputy Clerk