**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 23, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.                                                                              No. 12-7086

KENNETH EUGENE BARRETT,

       Defendant - Appellant.
_____

**ORDER**
_____

    This matter is before the court on the *Government's Response in Opposition to Appellant's Supplemental Motion for Certificate of Appealability Filed Under Seal*. The Government's response is referred to the panel who will decide this appeal on the merits.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*Ardell Schuler*

by: Ardell Schuler
    Deputy Clerk