**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 24, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

      Defendant - Appellant.

No. 12-7086

_____

**ORDER**
_____

This matter is before the court on the *Government's Response in Opposition to Appellant's Motion for an Expanded Certificate of Appealability*. The Government's response is referred to the panel who will decide this appeal on the merits.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Ardell Schuler
    Deputy Clerk