**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 3, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

       Defendant - Appellant.

No. 12-7086

_____

**ORDER**
_____

This matter is before the court on the *Reply to Government's Response in Opposition to Appellant's Motion of an Expanded Certificate of Appealability.* The Appellant's reply is referred to the panel who will decide this appeal on the merits.


Entered for the Court
ELISABETH A. SHUMAKER, Clerk


by: Ardell Schuler
    Deputy Clerk