**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 21, 2014

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Mr. Daniel J. Broderick
Ms. Joan M. Fisher
Mr. Tivon Schardl
Office of Federal Defender for Eastern District of California
Capital Habeas Unit
801 "I" Street
Sacramento, CA 95814

**RE:** **12-7086, United States v. Barrett**
Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-JHP

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Linda A. Epperley
Jeffrey Bradford Kahan
Sheldon J. Sperling
Christopher Wilson

EAS/pdw