**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

Heather E. Williams
*Federal Defender*

(916) 498-6666  Fax: (916) 498-6656

*Linda C. Harter*
*Chief Assistant Defender*

March 13, 2014

**VIA ELECTRONIC CASE FILING (ECF)**

Elisabeth A. Shumaker, Clerk
Tenth Circuit Court of Appeal
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Re:    Citation of Supplemental Authorities in *Barrett v. United States*
       Case No. 12-7086

Dear Ms. Shumaker:

Appellant Kenneth Eugene Barrett submits this letter pursuant to Federal Rule of
Appellate Procedure 28(j) and advises the Court that subsequent to filing the
Opening Brief, it came to Petitioner/Appellant's attention that 18 U.S.C. §§ 924(j)
(1), (2) are directly applicable to Petitioner's argument regarding the failure of the
district court to instruct the jury on the lesser included offenses in Counts 1 and 2.
See Opening Brief of Appellant, Proposition II, pp. 90-97.

Notwithstanding the parties' concession at trial and in the Opening Brief at 94-95,
Counts 1 and 2 are **not** "felony murder counts."  As charged, Counts 1 and 2
required actual malice. A person could be charged under § 924(j)(1) on a felony
murder if the murder occurs during one of a specified list of felonies under 18
U.S.C. §1111, none of which were charged or supported by the evidence in Mr.
Barrett's case.  As a matter of law, a lesser included offense of those counts
charged under § 924(j)(1) based on actual malice is the noncapital offense listed in
18 U.S.C. § 924(j)(2) ("if the killing is manslaughter (as defined in section 1112),
be punished as provided in that section.")

Consequently, the district court erred in finding that the charges were felony
murder and that the statute did not provide for lesser included homicide offenses
for Counts 1 and 2.

Any concession otherwise in Mr. Barrett's Opening Brief (*see e.g.,* pp. 94-95) is incorrect and those statements are withdrawn and/or modified as set out hereinabove.

Thank you for bringing the above authority to the Court's attention.

Sincerely,

/s/ *Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender

<u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on this 13th day of March, 2014, I caused the

foregoing Rule 28(j) Letter to the Clerk to be filed with the Clerk of the

Court of Appeals using the ECF System for filing and with service to be

made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice
jeffrey.kahan@usdoj.gov

Christopher J. Wilson,
Assistant United States Attorney
chris.wilson@usdoj.gov

Linda Epperly,
Assistant United States Attorney
linda.epperly@usdoj.gov
United States Department of Justice
Eastern District of Oklahoma

To the undersigned's knowledge, there are no non-ECF registrants
who are counsel in this case.

Dated this 13th day of March, 2014.

/s/ *Joan M. Fisher*
Joan M. Fisher, Idaho Bar No. 2854
Assistant Federal Defender