**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 17, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 12-7086
(D.C. No. 6:04-CR-00115-JHP-1)

_____

**ORDER**
_____

This matter is before the court to consider appellant's *Motion for An Expanded Certificate of Appealability*, as well as his *Supplemental Motion for Certificate of Appealability Filed Under Seal*. At the specific direction of the panel of judges that has now been assigned to review this appeal on the merits, both motions are denied. Via this order we also make permanent the sealing of the supplemental motion. That sealing request was granted provisionally via our order issued on May 17, 2013.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk