**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                    Chris Wolpert
Clerk of Court                        September 17, 2014              Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Mr. Daniel J. Broderick
Ms. Joan M. Fisher
Mr. Tivon Schardl
Office of Federal Defender for Eastern District of California
Capital Habeas Unit
801 "I" Street
Sacramento, CA 95814

**RE:        12-7086, United States v. Barrett**
           Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-JHP

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:        Linda A. Epperley
           Jeffrey Bradford Kahan
           Sheldon J. Sperling
           Christopher Wilson

EAS/pdw