

# Custody Status Questionnaire

Case Number: _____    Date of Argument: _____    Courtroom/DIV: _____

Case Caption: _____

I am the attorney of record for _____

[name of party represented]

My client presently is:

○     Released on Secured Bond Pending Appeal.

○     Released on Recognizance (or Unsecured Bond) Pending Appeal.

○     Incarcerated in a Federal Prison as a result of:

Choose one: [_____]

○     Incarcerated in some other Federal Correctional Facility as a result of:

Choose one: [_____]

○     Incarcerated in a State Penitentiary as a result of:

Choose one: [_____]

○     Incarcerated in Local Jail as a result of:

Choose one: [_____]

○     On Parole or Other Conditional Release as a result of:

Choose one: [_____]

Other / Explain

[_____]

Please save this document as your case number .pdf
File it in CM/ECF as required by the March 18, 2009 General
Order.
For questions, you can contact the calendar team at:
United States Court of Appeals, Tenth Circuit
Attention: Calendar Team
1823 Stout Street, Denver, CO 80257
Phone: 303/335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov

Date _____

Signature _____