

# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

## TRAVEL AUTHORIZATION

Authorized Traveler:  David B. Autry

Appeal Number(s):  12-7086

Court's Internal Accounting Control Code:  1411COD

Authorized Travel Dates: November 16, 2014 - November 21, 2014

Purpose of Travel: To argue a case before the court

   Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Pub. L.  No. 102-572, 106 Stat. 4506, 4515, you are hereby authorized to obtain government travel rates for the above described trip in connection with providing representation under the Criminal Justice Act (CJA).

   **You are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request airline tickets.  You must identify yourself as a Tenth Circuit CJA Panel Attorney appointed by the court and advise NTS that your tickets are to be charged to this court's account.**  In addition, you must provide NTS with the appeal numbers shown on this Travel Authorization, for which cases you may be arguing here.  You may instruct NTS where to deliver your itinerary and/or tickets.

   You may be reimbursed for reasonable travel expenses, including subsistence, which are not charged directly to the court.  In determining whether expenses are reasonable, you should be guided by the prevailing limitation placed upon subsistence expenses of federal judiciary employees (currently $229 per day in Denver, CO).  NTS can also assist you in obtaining lodging reservations at government rates.  Lodging and rental cars **cannot** be billed through the court.  Only actual expenses may be claimed on your voucher at the conclusion of this action.  All travel expenses over $50.00 must be documented.  For audit purposes, a copy of this Travel Authorization, as well as a copy of the airline itinerary provided by the travel agency, must be attached to your voucher (CJA Form 20 or 30) when it is submitted to the court.

Mary Beck Briscoe, Chief Judge

Elisabeth A. Shumaker
Clerk of Court

United States Court of Appeals for the Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado  80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                     Chris Wolpert
Clerk                                                                                              Chief Deputy Clerk

TRAVEL INSTRUCTIONS
FOR
CRIMINAL JUSTICE ACT ATTORNEYS


Under the Federal Courts Administration Act of 1992, attorneys may obtain government travel rates when traveling for the purposes of providing representation pursuant to the Criminal Justice Act (CJA).  You are encouraged to take advantage of government rates whenever available, since they generally will yield considerable savings.

An official Travel Authorization is attached to facilitate your obtaining government rates. Three weeks before oral arguments you may call National Travel Service (NTS) at their toll-free telephone number, and request necessary nonrefundable airline tickets.  You should advise the travel agency that you are a Tenth Circuit panel attorney providing CJA representation and provide the agent with the following "identifiers," which are indicated on the Travel Authorization: appeal number, appointing court, and accounting control number.  NTS will then arrange delivery of the ticket and/or itinerary with you.

Because the Travel Authorization is an official government document, it should also enable you to obtain lodging at government rates.  NTS is a full-service travel agency and can also provide assistance with lodging reservations.

THE TRAVEL AUTHORIZATION SHOULD BE CARRIED WITH YOU DURING AUTHORIZED TRAVEL FOR IDENTIFICATION PURPOSES AND FOR PRESENTATION SHOULD AN AIRLINE AGENT ASK TO SEE IT.

At the conclusion of your representation pursuant to the Criminal Justice Act, when you present the court with your voucher claiming fees and expenses in connection therewith, you should attach a copy of your Travel Authorization, as well as a copy of the airline itinerary provided by NTS.

If you have any questions, please write or call the clerk's office.  You may also want to access our website at www.ca10.uscourts.gov <http://www.ca10.uscourts.gov>.


Sincerely,

Elisabeth A. Shumaker
Clerk of Court