

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

### Oral Argument Calendar Notice / Acknowledgment Form

Name _____

Address _____

City, State, Zip _____

Re:    Case No(s): _____

Caption: _____

Argument Date: _____

Time: _____ (Arguing attorneys must report 45 minutes prior thereto)

Courtroom/Place: _____

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email:  10th_Circuit_CalTeam@ca10.uscourts.gov    Phone: (303) 335-2708

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

_____ will present oral argument on behalf of

_____ (name of party), the _____

Signed (Recipient): _____

Typed or Printed Name: _____

Address: _____

_____

_____

Email Address Required _____

Telephone: _____

Attorney for: _____
(Name of Party Represented)

Date: _____

**Note**: If you are an attorney for the defendant in a criminal appeal, or the petitioner in a  habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www. ca10.uscourts.gov. Thank you.                                                                  Revised 4/2009