

## UNITED STATES COURT OF APPEALS
### TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

### Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | David B. Autry |
| Address | 1021 N.W. 16th St. |
| City, State, Zip | Oklahoma City, OK 73106 |

Re:
| | | |
|---|---|---|
| | Case No(s): | 12-7086 |
| | Caption: | United States v. Kenneth Eugene Barrett |
| | Argument Date: | November 17, 2014 |
| | Time: | 9:00 a.m.   (Arguing attorneys must report 45 minutes prior thereto) |
| | Courtroom/Place: | Courtroom I - Denver, CO |

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov    Phone: (303) 335-2708

  I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

David B. Autry           will present oral argument on behalf of

Kenneth Eugene Barrett      (name of party), the   Petitioner

| | |
|---|---|
| Signed (Recipient): | s/David B. Autry |
| Typed or Printed Name: | David B. Autry |
| Address: | 1021 N.W. 16th St. |
| | Oklahoma City, OK 73106 |
| Email Address Required | dbautry44@hotmail.com |
| Telephone: | 405.521.9600 |
| Attorney for: | Kenneth Eugene Barrett |
| | (Name of Party Represented) |
| Date: | October 2, 2014 |

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www. ca10.uscourts.gov. Thank you.

Revised 4/2009