

# Custody Status Questionnaire

Case Number: 12-7086    Date of Argument: November 17, 2014    Courtroom/DIV: I

Case Caption: United States v. Kenneth Eugene Barrett

I am the attorney of record for Kenneth Eugene Barrett

[name of party represented]

My client presently is:

○    Released on Secured Bond Pending Appeal.

○    Released on Recognizance (or Unsecured Bond) Pending Appeal.

◉    Incarcerated in a Federal Prison as a result of:

Choose one: The conviction which is the subject of this appeal

○    Incarcerated in some other Federal Correctional Facility as a result of:

Choose one:

○    Incarcerated in a State Penitentiary as a result of:

Choose one:

○    Incarcerated in Local Jail as a result of:

Choose one:

○    On Parole or Other Conditional Release as a result of:

Choose one:

Other / Explain

Please save this document as your case number .pdf
File it in CM/ECF as required by the March 18, 2009 General
Order.
For questions, you can contact the calendar team at:
United States Court of Appeals, Tenth Circuit
Attention: Calendar Team
1823 Stout Street, Denver, CO 80257
Phone: 303/335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov

Date        October 6, 2014

Signature   s/David B. Autry