**DAVID B. AUTRY**, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
**TIVON SCHARDL**, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Tim_Schardl@fd.org

Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

# IN THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 12-7086 |
| | ) | |
| | ) | (E.D. Okl. Nos. 6:04-cr-00115-JHP, |
| | ) | 6:09-cv-00105-JHP) |
| KENNETH EUGENE BARRETT, | ) | (lower docket) |
| | ) | |
| Petitioner/Appellant. | ) | |

**MOTION TO SEAL DOCUMENT**

Petitioner/Appellant, Kenneth Eugene Barrett, by and through his undersigned counsel, moves this Court for an Order to Seal the following document filed concurrently herewith:

1.      Supplemental Motion to Reconsider Order denying Motion to Expand Certificate of Appealability and Supplemental Motion for Certificate of Appealability Filed Under Seal.

In support of this Motion, Petitioner/Appellant shows the Court the following:

The lower court issued an *ex parte* protective order (Doc 102) on matters discussed in the supplemental motion to be sealed and denied both a stipulation to modify the same (Doc 168) and Petitioner's Motion to Vacate (Doc 214).  This Court permanently sealed the underlying Supplemental Motion for Certificate of Appealability (Document No. 01019311309)

In his Supplemental Motion to Reconsider, Mr. Barrett is supplemental to and filed in conjunction with his Motion to Reconsider, Vacate and/or Modify this Court's Order denying Mr. Barrett's Motion and Supplemental Motion to Expand the COA to issues which require discussion of matters under seal.

Therefore the Supplemental Motion to Reconsider should also be filed under Seal.

Petitioner/Appellant respectfully requests this Court grant his Motion to Seal the document identified above.

DATED:   October 8, 2014          Respectfully submitted,

/s/ *David B. Autry*
DAVID B. AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

HEATHER E. WILLIAMS, Bar # 122664
Federal Defender

 /s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender
Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 8th day of October, 2014, I caused the foregoing Motion to Seal to be filed with the Clerk of the Court of Appeals using the ECF System for filing and with service to be made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperly
Assistant United States Attorney
linda.epperly@usdoj.gov
United States Department of Justice,
Eastern District of Oklahoma,

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

Dated:  October 8, 2014                    /s/ *Joan M. Fisher*
                                           Joan M. Fisher, ID Bar No. 2854
                                           Assistant Federal Defender