**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 22, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.                                                                         No. 12-7086

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

_____

**ORDER**
_____


This matter is before the court to consider appellant's *Motion to Reconsider, Vacate And/Or Modify Order Denying Motion Expanded Certificate of Appealability*, as well as his *Supplemental Motion to Reconsider, Vacate And/Or Modify Order Denying Expanded Certificate of Appealability Filed Under Seal*. At the specific direction of the panel of judges that has now been assigned to review this appeal on the merits, both motions are denied.  Appellant's *Motion to Seal Supplemental Motion to Reconsider, Vacate And/Or Modify Order Denying Expanded Certificate of Appealability* is granted.


           Entered for the Court

           *Elisabeth A. Shumaker*

           ELISABETH A. SHUMAKER, Clerk