**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

November 13, 2014

Elisabeth Shumaker, Clerk
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Subject: *United States v. Barrett* (9th Cir. Case no. 12-7086)

Dear Ms. Shumaker,

Pursuant to Federal Rules of Appellate Procedure, rule 28(j), the United States advises the Court and counsel in the above-reference case, that it intends to rely on *Schriro v. Landrigan*, 550 U.S. 465 (2007). The United States will rely on *Schriro* in support of its argument that trial counsel appropriately presented mitigation evidence. The argument appears at pages 54 to 67 of the government's brief, document no. 01019245447.

Sincerely,

*/S Jeffrey B. Kahan*

JEFFREY B. KAHAN
Trial Attorney