**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 17, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

No. 12-7086

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

_____

**ORDER**

_____

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. David Autry argued for the Appellant. Jeffrey Kahan argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court