**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 21, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

No. 12-7086

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

_____

**ORDER**
_____

This matter is before the court on Appellant's motion to release the oral argument recording. The motion is denied without prejudice. Counsel may file a renewed motion in compliance with 10th Cir. Rule 27.3(C).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk