**DAVID B. AUTRY**, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, CA Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
**TIVON SCHARDL**, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Tim_Schardl@fd.org

Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

# IN THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent/Appellee, | ) | Case No. 12-7086 |
| | ) | |
| v. | ) | (E.D. Okl. Nos. 6:04-cr-00115-JHP, |
| | ) | 6:09-cv-00105-JHP) |
| | ) | (lower docket) |
| | ) | **OPPOSED RENEWED** |
| KENNETH EUGENE BARRETT, | ) | **MOTION FOR AUDIO** |
| | ) | **RECORDING OF ORAL** |
| Petitioner/Appellant. | ) | **ARGUMENT** |

Petitioner/Appellant, Kenneth Eugene Barrett, by and through his undersigned counsel, moves this Court for an Order granting counsel audio-recording of the oral argument in this appeal on November 17, 2014 at 9:00 a.m.

In support of this Motion, undersigned counsel advise that this motion is for the benefit of the Appellant, Mr. Barrett who has a right to hear the argument made in this case. The argument is a matter of public record and ought to be made available to the Appellant. If granted, the audio-recording should be sent to counsel Joan M. Fisher at Joan_Fisher@fd.org.

Counsel for the Government have been contacted and oppose this motion.

Petitioner/Appellant respectfully requests this Court grant this Motion.

DATED: November 25, 2014.

Respectfully submitted,

/s/ *David B. Autry*
DAVID B. AUTRY, OBA #11600
Attorney at Law

HEATHER WILLIAMS CA Bar #122664
Federal Defender, Eastern District of CA

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender

Attorneys for Petitioner/Appellant

2

<u>**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**</u>

This is to certify that on this 25th day of November, 2014, I caused

the foregoing Motion to Seal to be filed with the Clerk of the Court of

Appeals using the ECF System for filing and with service to be made

electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperly
Assistant United States Attorney
linda.epperly@usdoj.gov
United States Department of Justice,
Eastern District of Oklahoma,

To the undersigned's knowledge, there are no non-ECF registrants
who are counsel in this case.

Dated: November 25, 2014

/s/ *Joan M. Fisher*
Joan M. Fisher, ID Bar No. 2854
Assistant Federal Defender