**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

No. 12-7086

_____

**ORDER**

_____

This matter is before the court on the appellant's request to release the oral argument recording for the hearing held in this appeal on November 17, 2014. Upon consideration, the motion is granted. The Clerk is directed to forward, via email, the MP3 recording of the oral argument hearing. That recording shall be forwarded to all parties to the appeal.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk