

**U.S. Department of Justice**

Criminal Division

---

*Capital Case Section*       *Washington, D.C. 20530*

June 17, 2015

Elisabeth Shumaker
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, Colorado 80257

In re: *United States v. Kenneth Eugene Barrett* (case no. 12-7086)

Dear Ms. Shumaker,

Following the district court's denial of his request for § 2255 relief, Kenneth Barrett sought a certificate of appealability ("COA") from this Court. The motion was granted in part, but denied insofar as Barrett had requested leave to appeal the district court's refusal to permit a supplement to his § 2255 motion. Barrett subsequently filed two motions to expand the COA, one of which again requested review of the refusal to permit a supplement. The motions to expand were referred to the merits panel and denied. The appeal was later argued and submitted.

On June 15, 2015, Barrett filed another motion for a COA. Relying on *Carter v. Bigelow*, ___ F.3d ___, 2015 WL 3462075 (10th Cir. 2015), the motion again seeks review of the denial of Barrett's motion to supplement. Under Tenth Circuit Rule 22.1(B), the government may not respond to Barrett's motion, absent a request from the Court. The government believes Barrett's motion lacks merit. To the extent the Court is inclined to consider granting Barrett's motion, the government respectfully requests an opportunity to submit a short brief in opposition.

Very truly yours,

/S/*Jeffrey B. Kahan*

JEFFREY B. KAHAN
Trial Attorney

# CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on June 17, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org
Mr. Tivon Schardl Tim_Schardl@fd.org

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on May 6, 2014, to the following:

Not Applicable as Defendant Has Counsel

/s/ *Jeffrey B. Kahan*

# ADDITIONAL CERTIFICATIONS

I hereby certify as follows:

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;
2. No hard copies of this pleading are required to be submitted to the clerk's office;
3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, Kaspersky Anti-Virus, updated June 17, 2015, and, according to the program, is free of viruses.

Dated: this 17th day of June, 2015, /s/*Jeffrey B. Kahan*