**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 18, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 12-7086

_____

**ORDER**
_____

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

The appellee's request for leave to file a response to appellant's *Motion for Certificate of Appealability in Light of Carter v. Bigelow* is granted. The response shall be filed on or before June 25, 2015.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk