**DAVID B. AUTRY**, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
**TIVON SCHARDL**, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Tim_Schardl@fd.org
Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

## IN THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 12-7086 |
| | ) | |
| | ) | (E.D. Okl. Nos. 6:04-cr-00115 |
| | ) | JHP, 6:09-cv-00105-JHP) |
| KENNETH EUGENE BARRETT, | ) | (lower docket) |
| | ) | |
| Petitioner/Appellant. | ) | |

_____

## MOTION TO SEAL DOCUMENT
## EXHIBIT C

_____

Petitioner/Appellant, Kenneth Eugene Barrett, by and through his undersigned counsel, and, pursuant to Local Rule 79.1, moves this Court for an Order to Seal the following document filed concurrently herewith:

1. Exhibit C, Declaration of law enforcement officer, Filed Under Seal.

The reasons for this are as follows: The declarant requested the same. The declarant is an active law enforcement officer in eastern Oklahoma and the information discussed therein are not matters of public record but are known to him as a result of his law enforcement duties. The declaration discusses matters of a sensitive nature that makes filing the same under seal appropriate.

The undersigned have conferred with counsel for the Government by telephone and email to apprise the Court of the Government's position on this Motion. Counsel did not confer in person because they are more than thirty (30) miles apart, the distance of which renders a personal conference infeasible. The government requested copies of the declarations to determine their position on the Motions to Seal. The declarations were emailed immediately to Jeffrey Kahan, government counsel. Mr. Kahan notified us by email that he will advise the undersigned of the government's position tomorrow morning. Because the Motion to Remand has been filed, the supporting declarations are filed under seal herewith. We will advise the Court of the government's position when we are notified.

Petitioner/Appellant respectfully requests this Court grant his Motion to Seal the documents identified above.

DATED:     July 6, 2015

Respectfully submitted,

/s/ *David B. Autry*
DAVID B. AUTRY, OBA No. 11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106
Telephone: 405-521-9600

HEATHER E. WILLIAMS, Bar # 122664
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER, ISB No.2854
Assistant Federal Defender

TIVON SCHARDL, Fla. Bar No. 73016
Attorney for Federal Defender's Office
801 I Street, 3rd Floor
California 95814
Telephone: 916-498-6666

Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

<u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on this 6th day of July, 2015, I caused the foregoing

Motion to Seal Document to be filed with the Clerk of the Court of Appeals using

the ECF System for filing and with service to be made electronically on the

following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov
United States Department of Justice,
Eastern District of Oklahoma.

To the undersigned's knowledge, there are no non-ECF registrants who are counsel

in this case.

Dated: July 6, 2015 /s/ *Joan M. Fisher*
JOAN M. FISHER, ISB No.2854
Assistant Federal Defender