# EXHIBIT D

# Declaration of Michael Reese

I, Michael Reese, a person over eighteen (18) and competent to testify, declare as follows:

1. I am a sergeant in the Cherokee Nation's Marshal Service. I have been in law enforcement since 1996, and became a deputy sheriff in the Cherokee County Sheriff's Office in 1997.

2. In the late 1990s or early 2000, I was temporarily tasked to the Oklahoma Bureau of Narcotics (OBN) along with District 27 Drug Task Force member Clint Johnson. As part of our duties, we went on marijuana missions; that is, we did flyovers looking for outdoor marijuana growers.

3. On one occasion during this time period, Clint Johnson reported that he knew where there were some plants growing. We did a flyover and sure enough there was a patch of marijuana growing behind a house on Coffee Hollow Road in Tahlequah, Oklahoma.

4. We raided the premises, which were owned by Mr. Johnson's father and mother-in-law, the parents of his then wife Tina.

5. Inside the house, we discovered a triple beam balance scale, which is commonly used by drug dealers to weigh drugs to prepare them for sale. What was exceptional about these scales was that they bore an

evidence tag or label from the District 27 District Attorney's Office, the office for which Mr. Johnson worked.

6. I was not privy to the conversation OBN had with Mr. Johnson, but I do recall that OBN was going to investigate the source of that scale. I do not know the results of that investigation.

7. This incident fit the rumors about Mr. Johnson, and also his reputation, formed in large part by what I heard from others, as being dishonest, sneaky, and slimy. Mainly, this was because he was allegedly often overbroad on his probable cause for searches and arrest, which is not to say he was not appreciated by the community for taking many bad actors off the street.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 23 day of March 2015 in Chdoboc County, Oklahoma.

Michael Reese