**DAVID B. AUTRY**, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
**TIVON SCHARDL**, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Tim_Schardl@fd.org
Attorneys for Petitioner/Appellant
**KENNETH EUGENE BARRETT**

# IN THE UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 12-7086 |
| | ) | |
| | ) | (E.D. Okl. Nos. 6:04-cr-00115 |
| | ) | JHP, 6:09-cv-00105-JHP) |
| KENNETH EUGENE BARRETT, | ) | (lower docket) |
| | ) | |
| Petitioner/Appellant. | ) | |

_____

## NOTICE OF GOVERNMENT OPPOSITION

_____

Petitioner/Appellant, Kenneth Eugene Barrett, by and through his undersigned counsel, notifies this Court that government counsel opposes Petitioner's four Motions to Seal Exhibits A, B, C and D filed on July 6, 2015. The exhibits are in support of the Motion for Remand also filed on July 6, 2015.

Following notice of the motions and exhibits made to counsel for the government on July 6, 2015, Mr. Kahan advised the undersigned this date that the government opposes the four Motions to Seal.

DATED:     July 7, 2015

Respectfully submitted,


/s/ *David B. Autry*
DAVID B. AUTRY, OBA No. 11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106
Telephone: 405-521-9600


HEATHER E. WILLIAMS, Bar # 122664
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER, ISB No.2854
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar No. 73016
Attorney for Federal Defender's Office
801 I Street, 3rd Floor
California 95814
Telephone: 916-498-666

Attorneys for Appellant Kenneth Barrett

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 7th day of July, 2015, I caused the foregoing

Motion to Seal Document to be filed with the Clerk of the Court of Appeals using

the ECF System for filing and with service to be made electronically on the

following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov
United States Department of Justice,
Eastern District of Oklahoma.

To the undersigned's knowledge, there are no non-ECF registrants who are counsel

in this case.

Dated: July 7, 2015                    /s/ *Joan M. Fisher*
                                       JOAN M. FISHER, ISB No.2854
                                       Assistant Federal Defender