**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 29, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

        Defendant - Appellant.

No. 12-7086

_____

**ORDER**
_____

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

This matter is before the court on Appellant's *Motion to Remand for Further Proceedings on Newly Discovered Evidence of Prosecutorial Misconduct* and *Motion to Seal Document* (Exhibits A through D). Upon consideration of the motions, response from the United States and reply filed by Kenneth Barrett, the motions to remand and seal documents are denied.

        Entered for the Court

ELISABETH A. SHUMAKER, Clerk