**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 19, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

      Defendant - Appellant.

No. 12-7086
(D.C. Nos. 6:09-CV-00105-JHP &
6:04-CR-00115-JHP-1)
(E.D. Okla.)

_____

**JUDGMENT**
_____

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

This case originated in the Eastern District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Eastern District of Oklahoma for further proceedings in accordance with the opinion of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk