**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

No. 12-7086
(D.C. No. 6:04-CR-00115-JHP-1)
(E.D. Okla.)

_____

**ORDER**
_____

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

Appellant's motion to stay the mandate pending the filing of a petition for a writ of certiorari in the Supreme Court is denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk