**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

October 26, 2015

Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:     12-7086, United States v. Barrett**
      Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-JHP

Dear Mr. Keaney:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                          Sincerely,

                          Elisabeth A. Shumaker
                          Clerk of the Court

EAS/as

cc:     David B. Autry
        Linda A. Epperley
        Joan M. Fisher
        Jeffrey Bradford Kahan
        Tivon Schardl
        Christopher Wilson