# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 16, 2016

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

  Re: Kenneth Eugene Barrett
     v. United States
     No. 15-8565
     (Your No. 12-7086)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on March 14, 2016 and placed on the docket March 16, 2016 as No. 15-8565.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Jacob C. Travers
       Case Analyst